Summons (Rev. 03/18)

# UNITED STATES DISTRICT COURT



FILED
CLERK, U.S. DISTRICT COURT

6/7/2023

CENTRAL DISTRICT OF CALIFORNIA
BY:        CD        DEPUTY

## FOR THE

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.   2:23-cr-00284-SPG |
| ) | |
| WILLIAM ERIC FULTON ) | **SUMMONS TO APPEAR** |
| ) | |
| ) | |

**TO:**   WILLIAM ERIC FULTON
c/o Vicki I. Podberesky
818 W. 7th Street, Suite 960
Los Angeles, CA 90017

You are hereby summoned to appear before the United States District Court for the Central District of California at the **Roybal Federal Building, 255 East Temple Street, Los Angeles, in Courtroom 880 on the 8th Floor,** before the **Magistrate Judge** in the city of Los Angeles on the **26th day of June, 2023 at 1:00pm** to answer to an information (attached hereto) charging you with

SEE ATTACHED.

Dated: June 6, 2023

cc: Vicki I. Podberesky, Esq.

CLERK U.S. DISTRICT COURT



By *Celina Dominguez*
Deputy Clerk

## **RETURN**

This summon was received by me at Los Angeles, CA on June 6, 2023.

WILLIAM     ERIC   ULTON
Defendant

**Note:**   IF YOU HAVE NOT RETAINED AN ATTORNEY, PLEASE CONTACT THE FEDERAL PUBLIC DEFENDER'S OFFICE AT (213) 894-2854.