# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:23-CR-00284 　　　Recorder: CS 06/26/2023 　　　Date: 06/26/2023

Present: The Honorable Jacqueline Chooljian, U.S. Magistrate Judge

Court Clerk: Keri Hays 　　　Assistant U.S. Attorney: Alexander Tran

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| WILLIAM ERIC FULTON BOND-PRESENT | VICKI I. PODBERESKY RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Information and acknowledges having been read or having received a copy of the Information and waives the reading thereof.
Waiver of Indictment submitted, accepted by the Court and filed.

This case is assigned to the calendar of District Judge Dolly M. Gee.
It is ordered that the following date(s) and time(s) are set:
Guilty Plea and Setting of all other proceedings 7/5/2023 at 2:00 PM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

If there is a plea agreement in the case, a courtesy copy of the plea agreement shall be delivered to the Clerk's Office Window on the 4th floor @ 350 West 1st Street, Attention: Kane G. Tien, Clerk to Judge Gee, within two days of the PIA hearing.

　　　　　　　　　　　　　　　　　First Appearance/Appointment of Counsel: 00 : 00
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PIA: 00 : 04
　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: KH by TRB